## LOWE *v.* UNITED STATES.

### APPEAL FROM THE COURT OF CLAIMS.

No. 212. Argued April 8, 1904.—Decided April 25, 1904.

Decided on authority of *Gibson* v. *United States, ante,* p. 182.

FOR counsel and abstracts of arguments, see p. 184, *ante.*

MR. JUSTICE DAY delivered the opinion of the court.

This case involves the same question, upon identical facts, as to the pay of a retired rear admiral, just disposed of in the case of *Gibson* v. *United States, ante.*

For the reasons therein stated, the judgment of the Court of Claims, dismissing the petition of the appellant, is

*Affirmed.*

MR. JUSTICE BREWER took no part in the consideration or decision of this case.